## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**ISHMAEL HASSAN CODY[1]**
**ADC #145160**                                                    **PLAINTIFF**

**V.**                          **CASE NO. 1:14-CV-00069-BSM-BD**

**BRADLEY HOWARD ROBERTSON, et al.**                     **DEFENDANTS**

### RECOMMENDED DISPOSITION

**I.      Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Chief

United States District Court Judge Brian S. Miller.  Any party may file written objections

to this Recommendation.

Objections must be specific and must include the factual or legal basis for the

objection.  An objection to a factual finding must identify the finding of fact believed to

be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the

United States District Court Clerk within fourteen (14) days of this Recommendation.  A

copy will be furnished to the opposing party.

If no objections are filed, Judge Miller can adopt this Recommendation without

independently reviewing all of the evidence in the record.  By not objecting, you may also

waive any right to appeal questions of fact.

--------

[1]  This inmate also is referred to as Steven Cody and Ismael Obama.  (#2 at p.25)

Mail objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## II.     Discussion

 On June 11, 2014, Ishmael Hassan Cody, an Arkansas Department of Correction inmate, filed this lawsuit pro se under 42 U.S.C. § 1983, and moved for leave to proceed *in forma pauperis*.  (Docket entries #1, #2)  Because of Mr. Cody's litigation history and because he did not allege that he was in imminent danger of serious physical injury, his application was denied.[2]  (#3)  He was given thirty days to submit the $400.00 filing fee and was warned that if he did not pay the filing fee, his case could be dismissed.  To date, Mr. Cody has not complied with this Court's June 18, 2014 Order to pay the filing fee, and the time to do so has passed.

## III.     Conclusion

The Court recommends that Mr. Cody's claims be dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with the Court's Order of June 18, 2014.

DATED this ____ day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] See *Cody v. Arkansas Food Bank Network et al.*, No. 4:09-CV-89; *Cody et al. v Harris et al.*, 4:09-CV-145; *Forrest et al. v Bowers et al.*, No. 1:11-CV-26.