# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ISHMAEL HASSAN CODY**  **PLAINTIFF**
**ADC #145160**

**V.**          **CASE NO. 1:14CV00069 BSM**

**BRADLEY HOWARD ROBERTSON, et al.**          **DEFENDANTS**

## ORDER

The recommended disposition from Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful review, it is concluded that the recommended disposition should be, and hereby is, approved and adopted in all respects in its entirety. Accordingly, plaintiff Ishmael Cody's claims are dismissed without prejudice.

IT IS SO ORDERED this 28th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE