# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ISHMAEL HASSAN CODY**  **PLAINTIFF**
**ADC #145160**

V.                    CASE NO. 1:14CV00069 BSM

**BRADLEY HOWARD ROBERTSON, et al.**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 28th day of August 2014.

_____
UNITED STATES DISTRICT JUDGE